JS 44 (Rev. 03/24)

Defendants

1. Tim Harrington

   U.S. Xpress, Inc., President

   4080 Jenkins Rd
   Chattanooga Hamilton
   TN 37421
   (423) 510 3000

2. Justin Harness

   U.S. Xpress, Inc., Chief Operating Officer

   4080 Jenkins Rd
   Chattanooga Hamilton
   TN 37421
   (423) 510 3000

3. Michael Paul

   U.S. Xpress, Inc., Vice President, Human Resources/Talent Mgmt

   4080 Jenkins Rd
   Chattanooga Hamilton
   TN 37421
   (423) 510 3000

4. Ashley Ellison

   U.S. Xpress, Inc., Vice President, Dedicated Operations

   4080 Jenkins Rd
   Chattanooga Hamilton
   TN 37421
   (423) 510 3000

5. Donita Kemmerer

   U.S. Xpress, Inc., People Compliance Manager (no longer employed)

   4080 Jenkins Rd
   Chattanooga Hamilton
   TN 37421
   (423) 510 3000

6. Zac Moore

   U.S. Xpress, Inc., Regional Manager

   4080 Jenkins Rd

   Chattanooga Hamilton

   TN 37421

   (423) 510 3000

7. Ashlyn Moraine

   U.S. Xpress, Inc., People Operations Partner

   4080 Jenkins Rd

   Chattanooga Hamilton

   TN 37421

   (423) 510 3000

8. Laura Germaine

   Unum 3rd Party Benefit Company, Sr. Life Event Specialist

   PO Box 100158

   Columbia Richland

   SC 29202-3158

   1-866-779-1054 ext. 48814

9. Deborah Kaitschuck

   Unum 3rd Party Benefit Company, Vocational Rehabilitation Consultant

   PO Box 100158

   Columbia Richland

   SC 29202-3158

   1-800-858-6843 ext. 47783

10. Brittany Carter

    Unum 3rd Party Benefit Company, Benefits Specialist

    PO Box 100158

    Columbia Richland

    SC 29202-3158

    1-800-858-6843 ext. 45674