Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Section I. B. The Defendant(s) Continued

5. Ashley Ellison

U.S. Xpress, Inc., Vice President, Dedicated Operations

4080 Jenkins Rd

Chattanooga Hamilton

TN 37421

(423) 510 3000

6. Donita Kemmerer

U.S. Xpress, Inc., People Compliance Manager (no longer employed)

4080 Jenkins Rd

Chattanooga Hamilton

TN 37421

(423) 510 3000

7. Zac Moore

U.S. Xpress, Inc., Regional Manager

4080 Jenkins Rd

Chattanooga Hamilton

TN 37421

(423) 510 3000

8. Ashlyn Moraine

U.S. Xpress, Inc., People Operations Partner

4080 Jenkins Rd

Chattanooga Hamilton

TN 37421

(423) 510 3000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Section I B. The Defendant(s) Continued

9. Laura Germaine

Unum 3rd Party Benefit Company,  Sr. Life Event Specialist

PO Box 100158

Columbia Richland

SC 29202-3158

1-866-779-1054 ext. 48814

10. Deborah Kaitschuck

Unum 3rd Party Benefit Company, Vocational Rehabilitation Consultant

PO Box 100158

Columbia Richland

SC 29202-3158

1-800-858-6843 ext. 47783

11. Brittany Carter

Unum 3rd Party Benefit Company, Benefits Specialist

PO Box 100158

Columbia Richland

SC 29202-3158

1-800-858-6843 ext. 45674